AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Locke, Steven I. | District Court, Eastern District of New York | 05/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2019<br>to<br>12/31/2019 |

**7. Chambers or Office Address**

100 Federal Plaza
Room 824
Central Islip,, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | St. Johns University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Locke, Steven I.** | 05/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐　　NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | St Johns University, Teaching | $8,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐　　NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | State of New York, Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑　　NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. Quicken Loans | Mortgage on ██████████████ /rental property #1, Brooklyn, NY, Pt VII, ████ | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Citibank Cash Accounts | A | Interest | K | T | | | | | |
| 2.  Hormel, Inc Common Stock | A | Dividend | J | T | | | | | |
| 3.  Brokerage Account #1 (H) | | | | | | | | | |
| 4.  -JPM US Treasury Plus Money Market Fund | A | Dividend | L | T | | | | | |
| 5.  -Apple Inc Common Stock | A | Dividend | J | T | | | | | |
| 6.  -Walt Disney Co Common Stock | A | Dividend | J | T | | | | | |
| 7.  -First Horizon Natl Corp Common Stock | A | Dividend | J | T | Sold<br>(part) | 12/23/19 | J | | |
| 8.  -International Business Machines Common Stock | B | Dividend | K | T | | | | | |
| 9.  -Macquirie Infrastructure Corp - Was Macquirie Infrastructure LLC | B | Dividend | K | T | | | | | |
| 10.  -Motorola Solutions Inc. Common Stock | A | Dividend | J | T | | | | | |
| 11.  -Microchip Technology Inc Common Stock | A | Distribution | J | T | | | | | |
| 12.  -Pfizer Inc Common Stock | A | Dividend | K | T | | | | | |
| 13.  -Terra Inventions Corp Common Stock | | None | J | T | | | | | |
| 14.  -Teradyne Inc Common Stock | A | Dividend | | | Sold | 07/25/19 | K | D | |
| 15.  Brokerage Account #2(H) | | | | | | | | | |
| 16.  -Columbia Acorn Fund A | C | Dividend | K | T | | | | | |
| 17.  Brokerage Account #3 (H) | | | | | | | | | |

1 Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2 Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3 Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Apple, Inc | A | Dividend | J | T | | | | | |
| 19.  -Corning, Inc. | A | Dividend | J | T | | | | | |
| 20.  -Walt Disney Co | A | Dividend | J | T | | | | | |
| 21.  -International Business Machines Corp | A | Dividend | J | T | | | | | |
| 22.  -Pepsico | A | Dividend | K | T | | | | | |
| 23.  -Cash - JPMorgan Securities | | None | J | T | | | | | |
| 24.  Brokerage Account #4 (H) | | | | | | | | | |
| 25.  -Apple, Inc | A | Dividend | J | T | | | | | |
| 26.  -Walt Disney Co | A | Dividend | J | T | | | | | |
| 27.  -Pepsico | A | Dividend | J | T | | | | | |
| 28.  -Cash - JPMorgan Securities | | None | J | T | | | | | |
| 29.  Retirement Account #1 (H) | | | | | | | | | |
| 30.  -Dreyfus Ins Deposit Program I | A | Interest | | | Closed | 08/19/19 | K | | |
| 31.  -AB Global Bod Fund Advisor Cl P Shares | A | Dividend | J | T | | | | | |
| 32.  -American Century Short Duration Inflation Protection Bnd Fd Inv Cl | A | Dividend | J | T | | | | | |
| 33.  -Baron Emerging Markets Fund Institutional Class | A | Dividend | K | T | | | | | |
| 34.  -Blackrock Floating Rate Income Portfolio Fund Institutional Class | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -Blackrock Strategic Income Oppt Portfolio Fd Inslt Cl | A | Dividend | J | T | | | | | |
| 36. | -Carillon Eagle Small Cap Growth Fund Cl I | A | Dividend | J | T | | | | | |
| 37. | -Cohen & Steers Real Estate Securities Fund Class I | A | Dividend | K | T | | | | | |
| 38. | -Federated Kaufmann Large Cap Fund Class IS | A | Dividend | | | Sold | 08/22/19 | K | | |
| 39. | -Fidelity Advisor International Small Cap Fund Class I | A | Dividend | K | T | | | | | |
| 40. | -Hartford Core Equity Fund Class I | A | Dividend | | | Sold | 06/04/19 | K | D | |
| 41. | -The Oakmark Inernational Fund Inv Cl | A | Dividend | K | T | | | | | |
| 42. | -John Hancock Bond Fund Class I | A | Dividend | K | T | | | | | |
| 43. | -John Hancock Disciplined Value Mid Cap Fund Class I | A | Dividend | J | T | | | | | |
| 44. | -John Hancock Internatioanl Growth fund Class I | A | Dividend | K | T | | | | | |
| 45. | -New World Fund Class F-2 | A | Dividend | K | T | | | | | |
| 46. | -Northern Small Cap Value Fund | A | Dividend | | | Sold | 06/04/19 | J | | |
| 47. | -Principal Midcap Fund Institutional Class | A | Dividend | J | T | | | | | |
| 48. | -Pimco Income Fund Class I-2 Class Change from Class P | A | Dividend | K | T | | | | | |
| 49. | -Ishares Tr Core S&P 500 ETF | C | Dividend | L | T | Buy (add'l) | 06/04/19 | K | | |
| 50. | -Ishares Tr Core S&P Mid-Cap ETF | A | Dividend | K | T | | | | | |
| 51. | -Ishares Tr Core S&P Small-Cap ETF | B | Dividend | K | T | Buy (add'l) | 06/04/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Locke, Steven I.** | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 08/22/19 | J | | |
| 53.   -Vanguard Developed Markets Index Fund Admiral Class | B | Dividend | L | T | | | | | |
| 54.   -Vanguard Intl Equity Index Fds Total World Stk Index Fd ETF | B | Dividend | K | T | Buy<br>(add'l) | 08/22/19 | J | | |
| 55.   -Vanguard REIT Index Fund Admiral Shares | A | Dividend | K | T | | | | | |
| 56.   -Vanguard Index Fds S&P 500 | B | Dividend | M | T | Buy | 08/22/19 | M | | |
| 57.   -NM FDIC Insured Deposit A?C | A | Dividend | K | T | Open | 08/19/19 | K | | |
| 58.   Retirement Account #2 (H) | | | | | | | | | |
| 59.   -Dreyfus Ins Deposit Program I | A | Dividend | | | Closed | 08/19/19 | J | | |
| 60.   -Alliance Bernstein Global Real Estate Investment Fd Cl A | A | Dividend | J | T | | | | | |
| 61.   -Europacific Growth Fund Class A | A | Dividend | J | T | | | | | |
| 62.   -The Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 63.   -MFS Value Fund Class A | A | Dividend | J | T | | | | | |
| 64.   -Invesco Oppenheimer Global Strategic Income Fund Class A | A | Dividend | J | T | | | | | Name Change |
| 65.   -Pimco Total Return Class A | A | Dividend | J | T | | | | | |
| 66.   -Small-Cap World Fund Class A | A | Dividend | J | T | | | | | |
| 67.   -Victory Integrity Small-Cap Value Fund | A | Dividend | J | T | | | | | |
| 68.   -Washington Mutual Investors Fund Class A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. NM FDIC INSURED DEPOSIT | | None | J | T | Open | 08/19/19 | J | | |
| 70. College Fund #1 (H) | | | | | | | | | |
| 71. -The Bond Fund of America -529A | A | Dividend | J | T | | | | | |
| 72. -The Growth Fund of America - 529A | B | Dividend | J | T | | | | | |
| 73. -The Income Fund of America - 529A | A | Dividend | J | T | | | | | |
| 74. -New Perspective Fund - 529A | A | Dividend | J | T | | | | | |
| 75. -Washington Mutual Investors Fund - 529A | A | Dividend | J | T | | | | | |
| 76. College Fund #2 (H) | | | | | | | | | |
| 77. -NYS 529 College Svgs Plan Moderate Age-Based Opt Conservative Growth | | None | M | T | | | J | | See Note 1, Part VIII |
| 78. College Fund #3 (H) | | | | | | | | | |
| 79. -NYS 529 College Svgs Plan Moderate Age-Based Opt Conservative Growth | | None | M | T | Buy<br>(add'l) | 12/06/19 | J | | See Note 1, Part VIII |
| 80. Rental Property #1, Brooklyn, NY | F | Rent | P1 | R | | | | | See Note 2, Part VIII |
| 81. AALS Partnership | | None | L | R | | | | | See Not 3, Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes to Part VII.

Note 1. College Funds which do not report income as an item separate from change in value.

Note 2. Property was purchased in 2002 for $1,335,000.

Note 3. Omitted from prior reports. Assets are investments in real estate in Los Angeles, CA made 5//16/16     Judge Locke & ███ own 50% of AALS

There are four properties as follows:

|  | AALS Interest |
|---|---|
| Arc Marathon LLC | 4.26412% |
| Galltin Curson LLC | 1.9231% |
| Gallatin Manhattan LLC | 1.922932% |
| Gallatin Vendome LLC | 1.923083% |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven I. Locke**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544